**GROTEFELD HOFFMANN, LLP**
VINCENT G. RABOTEAU      11098
vraboteau@ghlaw-llp.com
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2070
Honolulu, Hawai'i 96813
Telephone No.:  (808) 458-5060
Facsimile No.:   (312) 551-2402

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
CHRISTINE NOWLAND        11437)
christine.nowland@troutman.com
11682 El Camino Real, Suite 400
San Diego, California 92130
Telephone No.:   (858) 509-6000
Facsimile No.:    (858) 509-6040

Attorneys for Defendant
UPONOR, INC. and
Specially Appearing Defendant
UPONOR NORTH AMERICA, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HALEKAUWILA PLACE, LP; HALEKAUWILA PARTNERS LLC; HALEKAUWILA CO-GP, LLC; and SCD HP, LLC, <br><br> Plaintiff, <br><br> *v.* <br><br> FERGUSON ENTERPRISES, LLC; UPONOR, INC.; UPONOR NORTH AMERICA, INC.; and DOE DEFENDANTS 1-100, <br><br> Defendants. | CIVIL NO. _____ <br><br> Removed from the Circuit Court of the First Circuit, State of Hawai'i Civil No. 1CCV-23-0001335 (JHA) <br><br> **DEFENDANT UPONOR, INC. AND SPECIALLY APPEARING DEFENDANT UPONOR NORTH AMERICA, INC.'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE** |

**DEFENDANT UPONOR, INC. AND SPECIALLY APPEARING
DEFENDANT UPONOR NORTH AMERICA, INC.'S
FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies as follows:

1.     Defendant Uponor, Inc. ("UI") is a subsidiary of Specially Appearing Defendant Uponor North America, Inc. ("UNA").

2.     Specially Appearing Defendant UNA is a subsidiary of Uponor NA Holding, Inc.

3.     Defendant UI is incorporated in Illinois and has its principal place of business in Minnesota.

4.     Specially Appearing Defendant UNA is incorporated in Delaware and has its principal place of business in Minnesota.

DATED:  Honolulu, Hawaii, April 16, 2024.

/s/  Vincent G. Raboteau
Vincent G. Raboteau
Attorneys for DEFENDANT
UPONOR, INC. AND SPECIALLY
APPEARING DEFENDANT UPONOR
NORTH AMERICA, INC.

2

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| HALEKAUWILA PLACE, LP; HALEKAUWILA PARTNERS LLC; HALEKAUWILA CO-GP, LLC; and SCD HP, LLC,<br><br>       Plaintiff,<br><br>       *v.*<br><br>FERGUSON ENTERPRISES, LLC; UPONOR, INC.; UPONOR NORTH AMERICA INC.; and DOE DEFENDANTS 1-100,<br>       Defendants. | CIVIL NO. 1CCV-23-0001335 (Contract)<br><br>CERTIFICATE OF SERVICE |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served upon the following by the means indicated and on the date indicated below:

**<u>Served via hand-delivery:</u>**

| NAME /EMAIL/ ADDRESS | ATTORNEY(S) FOR |
|---|---|
| CID H. INOUYE, ESQ.<br>CHI@opgilaw.com<br>KATHERINE B. HUGHES, ESQ.<br>KBH@opgilaw.com<br>O'Connor Playdon Guben & Inouye LLP<br>Pacific Guardian Center, Mauka Tower<br>737 Bishop Street, Suite 2340<br>Honolulu, Hawai‘i 96813 | Plaintiffs<br>HALEKAUWILA PLACE, LP;<br>HALEKAUWILA PARTNERS LLC;<br>HALEKAUWILA CO-GP, LLC; and<br>SCD HP, LLC |

| NAME /EMAIL/ ADDRESS | ATTORNEY(S) FOR |
|---|---|
| BENNETT J. CHIN, ESQ.<br>bchin@grsm.com<br>SABRINA M. KAWANA, ESQ.<br>skawana@grsm.com<br>Gordon Rees Scully Mansukhani LLP<br>707 Richards Street, Suite 625<br>Honolulu, Hawaiʻi 96813 | Defendant<br>FERGUSON ENTERPRISES, LLC |

DATED:  Honolulu, Hawaiʻi, April 16, 2024.

/s/ *Vincent G. Raboteau*
VINCENT G. RABOTEAU

Attorney for Defendant
UPONOR INC. and
Specially Appearing Defendant
UPONOR NORTH AMERICA, INC.


INC.