**GROTEFELD HOFFMANN, LLP**
VINCENT G. RABOTEAU      11098
vraboteau@ghlaw-llp.com
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2070
Honolulu, Hawaiʻi 96813
Telephone No.:  (808) 458-5060
Facsimile No.:   (312) 551-2402

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
CHRISTINE NOWLAND      11437
christine.nowland@troutman.com
11682 El Camino Real, Suite 400
San Diego, California 92130
Telephone No.:   (858) 509-6000
Facsimile No.:    (858) 509-6040

Attorneys for Defendant
UPONOR, INC. and
Specially Appearing Defendant
UPONOR NORTH AMERICA, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| HALEKAUWILA PLACE, LP; HALEKAUWILA PARTNERS LLC; HALEKAUWILA CO-GP, LLC; and SCD HP, LLC, <br><br> Plaintiff, <br><br> *v.* <br><br> FERGUSON ENTERPRISES, LLC; UPONOR, INC.; UPONOR NORTH AMERICA, INC.; and DOE DEFENDANTS 1-100, <br><br> Defendants. | CIVIL NO. CV 24-00177 MWJS-WRP <br><br> **DEFENDANT UPONOR, INC. AND SPECIALLY APPEARING DEFENDANT UPONOR NORTH AMERICA, INC.'S SUPPLEMENTAL NOTICE CONCERNING CONSENT TO REMOVAL OF ACTION; CERTIFICATE OF SERVICE** |

**DEFENDANT UPONOR, INC. AND
SPECIALLY APPEARING DEFENDANT
UPONOR NORTH AMERICA, INC.'S SUPPLEMENTAL NOTICE
CONCERNING CONSENT TO REMOVAL OF ACTION**

Defendant Uponor, Inc. ("UI") and Specially Appearing Defendant Uponor North America, Inc. ("UNA"; together with "UI", "Uponor"), by and through their attorneys, hereby give notice of Defendant Ferguson Enterprises, LLC's ("Ferguson") consent to the removal of the action captioned matter, *Halekauwila Place, LP, et al. v. Ferguson Enterprises, LLC, et al.,* Civil No. 1CCV-23-0001335 (the "Action"), from the Circuit Court of the First Circuit, State of Hawai'i (the "State Court") to the United States District Court for the District of Hawai'i.

As set forth in the Notice of Removal of Action filed on April 16, 2024 [Doc No. 1] (the "Notice of Removal"), counsel for Uponor discussed removal of the Action with counsel for Ferguson prior to filing the Notice of Removal, at which time counsel for Ferguson preliminarily indicated that Ferguson did not object to the removal of the Action to this Court, but was awaiting final client confirmation on this issue.

//

//

//

//

2

Following subsequent communications with counsel for Ferguson, Uponor hereby submits this Notice of Consent to Removal of Action to notify the Court and Plaintiffs that all named Defendants have consented to removal of the Action.

DATED:  Honolulu, Hawaiʻi, April 24, 2024.

/s/ *Vincent G. Raboteau*
VINCENT G. RABOTEAU

Attorney for Defendant
UPONOR INC. and
Specially Appearing Defendant
UPONOR NORTH AMERICA, INC.