O'CONNOR PLAYDON GUBEN & INOUYE LLP
A Limited Liability Law Partnership

CID H. INOUYE             (4243)
KATHERINE B. HUGHES   (11316)
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2340
Honolulu, Hawai'i  96813
Telephone: (808) 524-8350
Facsimile:  (808) 531-8628
Emails:     CHI@opgilaw.com
            KBH@opgilaw.com

Attorneys for Plaintiffs
*HALEKAUWILA PLACE, LP; HALEKAUWILA*
*PARTNERS, LLC; HALEKAUWILA CO-GP, LLC; and*
*SCD HP, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HALEKAUWILA PLACE, LP; HALEKAUWILA PARTNERS, LLC; HALEKAUWILA CO-GP, LLC; and SCD HP, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FERGUSON ENTERPRISES, LLC; UPONOR, INC.; UPONOR NORTH AMERICA, INC.; and DOE DEFENDANTS 1-100,<br><br>Defendants. | CIVIL NO. 1:24-CV-00177 MWJS-WRP<br><br>Removed from the Circuit Court of the First Circuit, State of Hawaii Civil No. 1CCV-23-0001335 (JHA)<br><br>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF PROCEEDING, WITHOUT PREJUDICE, PURSUANT TO FRCP RULE 41(a)(1)(A)(i) and LR 41.1; CERTIFICATE OF SERVICE |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF PROCEEDING, WITHOUT PREJUDICE, PURSUANT TO FRCP RULE 41(a)(1)(A)(i) and LR 41.1**

Plaintiffs HALEKAUWILA PLACE, LP, HALEKAUWILA PARTNERS, LLC, HALEKAUWILA CO-GP, LLC, and SCD HP, LLC, by and through their attorneys, O'Connor Playdon Guben & Inouye LLP, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and LR 41.1 of the Local Rules of the United States District Court for the District of Hawaii, hereby voluntarily dismiss the Complaint in this action against Defendants FERGUSON ENTERPRISES, LLC; UPONOR, INC.; and UPONOR NORTH AMERICA, INC. (collectively "Defendants"), without prejudice.  Plaintiffs will not seek attorneys' fees or costs. The Defendants have not served an answer or motion for summary judgment as to the Complaint. No claims remain.

This voluntary dismissal is based on LR 41.1 and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED: Honolulu, Hawaii, April 29, 2024.

_____/s/ Cid H. Inouye_____
CID H. INOUYE
KATHERINE B. HUGHES
Attorneys for Plaintiffs
*HALEKAUWILA PLACE, LP;*
*HALEKAUWILA*
*PARTNERS, LLC; HALEKAUWILA CO-*
*GP, LLC; and SCD HP, LLC*

2

APPROVED AS TO FORM:



/s/ Micah W.J. Smith
_____

Micah W.J. Smith
United States District Judge

---

*Halekauwila Place, LP, et al. v. Ferguson Enterprises, LLC, et al.*, Civ.No. 1:24-CV-00177 MWJS-WRP
NOTICE OF VOLUNTARY DISMISSAL OF PROCEEDING, WITHOUT PREJUDICE, PURSUANT TO FRCP RULE 41(a)(1)(A)(i) AND LR 41.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HALEKAUWILA PLACE, LP; HALEKAUWILA PARTNERS, LLC; HALEKAUWILA CO-GP, LLC; and SCD HP, LLC,<br><br>      Plaintiffs,<br><br>  vs.<br><br>FERGUSON ENTERPRISES, LLC; UPONOR, INC.; UPONOR NORTH AMERICA, INC.; and DOE DEFENDANTS 1-100,<br><br>      Defendants. | CIVIL NO. 1:24-CV-00177 MWJS-WRP<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was duly served on the following parties on the date shown below via the Court's electronic filing system, addressed as follows:

VINCENT G. RABOTEAU, ESQ.   vrabateau@ghlaw-llp.com
Grotefeld Hoffman, LLP
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2070
Honolulu, Hawaii  96813

     -and-

CHRISTINE NOWLAND, ESQ.  christine.nowland@troutman.com
Troutman Pepper Hamilton
Sanders LLP
11682 El Camino Real, Suite 400
San Diego, CA  92130

   *Attorneys for Defendant*
   *UPONOR, INC. and Specially*
   *Appearing*
   *Defendant UPONOR NORTH*
   *AMERICA, INC.*

BENNETT J. CHIN, ESQ.  bchin@grsm.com
SABRINA M. KAWANA, ESQ.  skawana@grsm.com
Gordon Rees Scully Mansukhani,
LLP
707 Richards Street, Suite 625
Honolulu, Hawaii  96813

   *Attorneys for Defendant*
   *FERGUSON ENTERPRISES,*
   *LLC*


        DATED: Honolulu, Hawaii, April 29, 2024.


                              */s/ Cid H. Inouye*
                              CID H. INOUYE
                              KATHERINE B. HUGHES
                              Attorneys for Plaintiffs